IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JODENE LARUE**                                                                           **PLAINTIFF**

**V.**                                       **3:08CV00157 JMM**

**DENSO MANUFACTURING ARKANSAS, INC.**                      **DEFENDANT**

## ORDER

On September 25, 2008, the Court directed Plaintiff to file an amended complaint setting forth specific facts to support her claim of employment discrimination. Plaintiff, acting pro se, filed a 54-page document containing Plaintiff's letter to the EEOC, personal notes, and attorney letters. These documents do not provide the Court with a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). Therefore, the Court will allow Plaintiff one more opportunity to amend her complaint to specify the facts upon which her claims are based. Plaintiff may choose to file a Title VII complaint form for her amended complaint, making sure this time to follow the instructions and provide all the information called for on the complaint form. Plaintiff must file an amended complaint within thirty (30) days of the date of this Order. Failure to do so will result in dismissal of the action.

IT IS SO ORDERED this 4th day of November 2008.

_____
James M. Moody
United States District Judge