IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JODENE LARUE**                                                                                    **PLAINTIFF**

V.                                            **3:08CV157 JMM**

**DENSO MANUFACTURING ARKANSAS, INC.**                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on August 31, 2009, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 31st day of August, 2009.

_____
James M. Moody
United States District Judge